# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: DENEDA FALONDA SHEPPARD | : | CHAPTER 13 |
| | : | |
| Debtor, | : | CASE NO.: 17-69290-PMB |
| DENEDA FALONDA SHEPPARD | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| INTERNAL REVENUE SERVICE | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 13 OF THE |
| | : | BANKRUPTCY CODE |
| Respondent. | : | |

## OBJECTION TO FILED PROOF OF CLAIM

NOW COMES the Debtor/Movant, DENEDA FALONDA SHEPPARD, in the above-styled case, by and through his attorney of record, and objects to the filed Proof of Claim of the Respondent, INTERNAL REVENUE SERVICE, in the amount of $8,704.17 on the following grounds, showing the court as follows:

**The Respondent's Claim (as defined below) alleges that Debtor owes Respondent $8,704.17. total for tax years 2014, 2015, and 2016 due to unassessed returns.**

1.

On or about November 13, 2017, Respondent, filed an amended Unsecured Priority Claim (Claim No. 1-1) (the "Claim") alleging that Debtor owes $1,643.60, plus interest to petition date in the amount of $159.32 for tax year 2014; $3,117.40 plus interest to date of petition of $199.58 for tax year 2015; $3,505.80 plus interest to date of petition of $78.47 for tax year 2016.

2.

Debtor alleges her return for the 2014 tax year was filed on or about January 17, 2018 and showed a refund of $4,413.00.  Debtor alleges her return for the 2015 tax year was filed on or about January 17, 2018 and showed a refund of $2,691.00.  Debtor alleges her return for the 2016 tax year was filed on or about November 16, 2017 and showed a refund of $2,388.00.

3.

To date the Respondent has not amended their claim to reflect (i) the 2014, 2015, or 2016 tax returns have been filed and (ii) and to show the correct amounts owed to and by Debtor for tax years of 2014, 2015, and 2016.  It has been over 6 months calendar months since Debtor filed her tax returns which is more than ample time for Respondent to have processed the tax return and filed an amended proof of claim with this Court.

WHEREFORE, Debtor prays that this Court disallow the Claim on behalf of the Respondent, or in the alternative direct the Respondent to Amend the Proof of Claim to reflect the correct amounts owing and due.

Respectfully submitted this 11th day of July, 2018.

/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339
Tel. (404)800-4001

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: DENEDA FALONDA SHEPPARD | : | CHAPTER 13 |
| | : | |
| Debtor, | : | CASE NO.: 17-69290-PMB |
| DENEDA FALONDA SHEPPARD | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| INTERNAL REVENUE SERVICE | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 13 OF THE |
| | : | BANKRUPTCY CODE |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing **OBJECTION TO FILED PROOF OF CLAIM and NOTICE OF HEARING** in the above styled case by depositing same in the United States Mail with adequate postage affixed thereto to insure delivery addressed as follows:

Melissa J. Davey (served via ECF)
Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

United States Attorney
600 Russell B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3309

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346[1]

Internal Revenue Service
401 W. Peachtree Street, N.W.
RM 1665, STOP 334-D
Atlanta, GA 30308
Attn: B. Peterson[2]

---

[1] Per Claim No. 1-1 filed in Case No. 17-69290

Department of Justice, Tax Division
Civil Trial Section, Southern Region
P. O. Box 14198
Ben Franklin Station
Washington, D. C. 20044

Deneda Falonda Sheppard
2648 Foxglove Dr. SW
Marietta, GA 30064

Dated: July 11, 2018

/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339
Tel. (404) 800-4001

---

[2] Per signatory to Claim No. 1-1 filed in Case No. 17-69290

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: DENEDA FALONDA SHEPPARD | : | CHAPTER 13 |
| | : | |
| Debtor, | : | CASE NO.: 17-69290-PMB |
| DENEDA FALONDA SHEPPARD | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| INTERNAL REVENUE SERVICE | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 13 OF THE |
| | : | BANKRUPTCY CODE |
| Respondent. | : | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that DENEDA FALONDA SHEPPARD, **Debtor/Movant** has filed **an Objection to Filed Proof of Claim** and related papers with the Court seeking an order **Disallowing the Claim of the Internal Revenue Service, filed on or about November 13, 2017 in the amount of $8,704.17**.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the **Objection** in *Courtroom 1202 of the United States Courthouse, Federal Building, 75 Ted Turner Dr. SW, Atlanta, GA 30303 at 10:00 A. M., on August 16, 2018*.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Dr. SW, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: July 11, 2018

/s/ _____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339
Tel. (404)800-4001